In the Matter of the Application of ARTHUR O. GRAVES for Admission to Practice as an Attorney and Counselor at Law. (From the State of Illinois.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

